IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*FILED APR 22 2014*

| | | |
|---|---|---|
| EWARG LARIOS, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BRIAN THOMPSON, et al., | : | No. 13-1260 |
| | : | |
| Respondents. | : | |

## ORDER

**LEGROME D. DAVIS, J.**

AND NOW, this 22) day of APRIL, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED without prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ **Legrome D. Davis**
_____
LEGROME D. DAVIS
U.S. DISTRICT COURT JUDGE

ENTERED
APR 22
CLERK